No. 361. NOACK ET AL. *v.* ZELLERBACH ET AL. ▮

▮ Submitted March 17, 1931. Decided April 27, 1931. *Per Curiam:* Decree affirmed. California Act of April 2, 1931, amending California Penal Code, § 634 (Stats. of California, 1931, c. 101); *Svenson v. Engelke,* 81 Cal. Dec. 237, 383; *New York ex rel. Silz* v. *Hesterberg,* 211 U. S. 31. Messrs. *Marshall B. Woodworth* and *Roger O'Donnell* were on the brief for appellants. Messrs. *Eugene D. Bennett* and *Ralph W. Scott* were on the brief for appellees.

No. 290. WESTERN LAND & RECLAMATION CO. *v.* RECLAMATION BOARD OF CALIFORNIA ET AL. ▮ Submitted April 20, 1931. Decided April 27, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Guaranty Trust Co.* v. *New York & Queens County Ry. Co.,* 282 U. S. 803; *Ennis Water Works* v. *City of Ennis,* 233 U. S. 652, 658; *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. Messrs. *Eddy Knapp, W. H. Metson,* and *E. B. Mering* were on the brief for appellant. Mr. *Stephen W. Downey* was on the brief for appellees. ▮